365

PER CURIAM.

(No. 73-CC-344

GEORGE C. POTTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF INSURANCE, Respondent.

*Opinion filed June 20, 1973.*

GEORGE C. POTTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-345

GEORGE ZWICKY, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed June 20, 1973.*

GEORGE ZWICKY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.